

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00331-CV
_____

BALTAMORE VIGIL, APPELLANT

V.

BOBBY BARBA, APPELLEE

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CI-20151-138, Honorable Roland D. Saul, Presiding

March 21, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Baltamore Vigil, appeals from the trial court's order granting summary judgment in favor of appellee, Bobby Barba. Vigil's brief was originally due December 31, 2018. We granted Vigil three extensions to file a brief. By letter of February 21, 2019, we notified Vigil that the appeal was subject to dismissal for want of prosecution if a brief was not received by March 11. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b). On March 11, Vigil filed his fourth motion for an extension seeking until March 18 to file a brief. To date,

Vigil has not filed a brief or had any further communication with this Court. Accordingly, we deny his fourth motion for an extension of time to file a brief.

We dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1); 42.3(b)

Per Curiam